IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMA CGM, S.A.,<br><br>          Plaintiff-Counterdefendant,<br><br>   v.<br><br>WATERFRONT CONTAINER LEASING COMPANY, INC.,<br><br>          Defendant-Counterclaimant. | Case No.: 12-cv-5467 JSC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference held on March 21, 2013, IT IS HEREBY ORDERED THAT:

**I.   CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Fact Discovery Cut-Off: | August 2, 2013 |
| Last Day to Hear Dispositive Motions: | October 3, 2013 |
| Disclosure of Expert Witnesses and Reports: | October 3, 2013 |
| Expert Discovery Cut-Off: | October 18, 2013 |
| Pre-Trial Conference | November 14, 2013 at 2 p.m. |

## II.   TRIAL DATE

Bench trial will begin on December 2, 2013, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  The Court is expecting the length of the trial to not exceed seven court days.

**IT IS SO ORDERED.**

Dated:  March 22, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE