UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CMA CGM, S.A.,

    Plaintiff,

    v.

WATERFRONT CONTAINER LEASING COMPANY, INC.,

    Defendant.

Case No. 12-cv-05467-JSC

**ORDER RE: PRETRIAL FILINGS**

The Parties shall submit pretrial filings as follows:

1. In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person, and then prepare and file a jointly signed Proposed Final Pretrial Order that contains: (a) a brief description of the substance of claims and defenses which remain to be decided; (b) a statement of all relief sought; (c) all stipulated facts; (d) a joint exhibit list in numerical order, including a brief description of the exhibit and Bates numbers, a blank column for when it will be offered into evidence, a blank column for when it may be received into evidence, and a blank column for any limitations on its use; and (e) each party's separate witness list for its case-in-chief witnesses (including those appearing by deposition), including, for all such witnesses (other than party plaintiffs or defendants), a short statement of the substance of his/her testimony and, separately, what, if any, non-cumulative testimony the witness will offer. For each witness, state an hour/minute time estimate for the direct examination (only). Items (d) and (e) should be submitted as appendices to the proposed order.

2. File trial briefs on any controlling issues of law.

3. File and serve any objections to exhibits.

4. Any motions in limine shall be submitted in a separate memorandum and properly

1 identified, for example, "Plaintiff's Motion in Limine No. 1 to Exclude . . . ." Each motion and
2 each opposition to a motion shall be paired and submitted together as one filing.
3     5.     Hard-copy courtesy copies of the above documents shall be delivered by NOON
4 the day after filing.  The Court requests that all hard-copy submissions be three-hole-punched.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge