# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| Case No.: 12-cv-05467-JSC | Case Name: CMA CGM, S.A. v. Waterfront Container Leasing Company, Inc. | |
|---|---|---|
| Magistrate Judge: Jacqueline S. Corley | Date: August 14, 2014 | Time: 21 M |

**Attorney for Plaintiff:** Mitchell S. Griffin
**Attorney for Defendant:** Eric Danoff, Katharine Essick

**Deputy Clerk:** Karen Hom                    **Court Reporter:** FTR 10:13-10:34

## PROCEEDINGS

1. Post-Trial Hearing - Held

## ORDERED AFTER HEARING

Court will issue a written opinion.

## CASE CONTINUED TO:

## REFERRALS:

[ ] Case referred to ADR for  to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge  for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

## PRETRIAL SCHEDULE:
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing:**              at 9:30 AM
**Pretrial Conference:**          at 2:00 PM
**Trial:**          at 8:30 AM for          days     [ ]  Jury  [ ]  Court

**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant          [X] Court
**cc:**