UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMA CGM, S.A.,<br>            Plaintiff,<br>   v.<br>WATERFRONT CONTAINER LEASING COMPANY, INC.,<br>            Defendant. | Case No. 12-cv-05467-JSC<br><br>**JUDGMENT** |

Having filed its Memorandum and Order in accordance with Federal Rule of Civil Procedure 52(a)(1) on August 29, 2014, the Court hereby enters judgment for Plaintiff CMA CGM, S.A. and against Defendant Waterfront Container Leasing Company, Inc. in the total amount of $3,076,723.75.

**IT IS SO ORDERED.**

Dated: August 29, 2014

JACQUELINE SCOTT CORLEY
United States Magistrate Judge