EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:        edanoff@edptlaw.com
                     kessick@edptlaw.com

Attorneys for Defendant
Waterfront Container Leasing Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMA CGM, S.A.,<br><br>            Plaintiff,<br><br>    vs.<br><br>WATERFRONT CONTAINER LEASING COMPANY, INC.,<br><br>            Defendant,<br><br>AND RELATED COUNTERCLAIM. | Case No.: C-12-5467-JSC<br><br>**NOTICE OF APPEAL BY WATERFRONT CONTAINER LEASING COMPANY, INC.; REPRESENTATION STATEMENT** |

Notice is hereby given that defendant and counterclaimant Waterfront Container Leasing Company, Inc. ("Waterfront") appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment against it based upon the District Court's Memorandum and Order entered August 29, 2014.  A Representation Statement is attached to this Notice.

Dated:  September 29, 2014          EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
                                                                  Eric Danoff
                                                                  Katharine Essick

                                                    By          /s/ Eric Danoff
                                                                  Eric Danoff
                                                    Attorneys for Defendant
                                                    Waterfront Container Leasing Co., Inc.

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -

NOTICE OF APPEAL BY WATERFRONT CONTAINER LEASING COMPANY, INC.; REPRESENTATION STATEMENT
Case No. C-12-5467-JSC

**REPRESENTATION STATEMENT**
**[Circuit Rule 3-2(b)]**

| PARTIES | COUNSEL |
|---|---|
| **1.** WATERFRONT CONTAINER LEASING COMPANY, INC., *Defendant and Counterclaimant* | Eric Danoff<br>Katharine Essick<br>Emard Danoff Port Tamulski & Walovich LLP<br>49 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>Tel:   (415) 227-9455<br>Fax:  (415) 227-4255<br>Email: edanoff@edptlaw.com<br>           kessick@edptlaw.com |
| **2.** CMA CGM, S.A., *Plaintiff and Counterdefendant* | Mitchell S. Griffin<br>Christopher S. Kieliger<br>Cox, Wootton, Lerner, Griffin, Hansen & Poulos, LLP<br>190 The Embarcadero<br>San Francisco, CA  94105<br>Tel.:  (415) 438-4600<br>Fax:   (415) 438-4601<br>Email: mgriffin@cwghp.com<br>           ckieliger@cwghp.com |

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

NOTICE OF APPEAL BY WATERFRONT CONTAINER LEASING COMPANY, INC.; REPRESENTATION STATEMENT
Case No. C-12-5467-JSC